AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Bowdre, Karon O. | **2. Court or Organization**<br><br>U.S. District Court, Alabama | **3. Date of Report**<br><br>08/14/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination        Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐    Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Hugo Black Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Proprietor | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Samford University (Defined Benefit Plan) - vested benefits in plan of former employee |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | �altgrey▓▓▓▓▓▓ | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-Employed Law Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University School of Law Byrne Judicial Clerkship Institute | 03/16/2016 - 03/18/2016 | Malibu, CA | Presenter | Reimbursement for airfare |
| 2. | Alabama State Bar Annual Meeting | 06/22/2016 - 06/24/2016 | Point Clear, AL | Participant | Provision for hotel |
| 3. | Federal Judicial Conference | 09/27/2016 - 09/30/2016 | Ashville, NC | Southern Region Inter-Court Conference | Reimbursement for travel, hotel and meals |
| 4. | Local Courts Fund | 10/31/2016 - 11/02/2016 | Palm Beach, FL | MDL Transferee Judges' Conference | Reimbursement for travel, hotel, parking and meals |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Alabama Farm Credit, FLCA | Mortgage on LLC #5 | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.           LLC Real Estate I Birmingham, Alabama | C | Rent | K | W | | | | | |
| 2.   First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 3.   Fundamental Investors | A | Dividend | J | T | Sold (part) | 05/12/16 | J | B | |
| 4.   Growth Fund of America | A | Dividend | J | T | Sold (part) | 05/12/16 | J | B | |
| 5.   Morgan Stanley Private Bank NA | A | Dividend | K | T | | | | | |
| 6.   Clearbridge Value Trust | A | Dividend | L | T | | | | | |
| 7.   Fundamental Investors Fund (IRA) | A | Dividend | J | T | | | | | |
| 8.   Growth Fund of America (IRA) | A | Dividend | J | T | | | | | |
| 9.   New Perspective Fund (IRA) | A | Dividend | K | T | | | | | |
| 10.   Small Cap World Fund (IRA) | A | Dividend | J | T | Sold (part) | 08/17/16 | J | D | |
| 11.   Cap World Growth & Inc (IRA) | B | Dividend | L | T | | | | | |
| 12.   Invest. Co. of America (IRA) | B | Dividend | L | T | | | | | |
| 13.   Wash. Mutual Inv. Fund (IRA) | B | Dividend | L | T | | | | | |
| 14.   Trust I; Inc. Bene.; Spouse = Trustee (H) | | | | | | | | | |
| 15.   -       LLC | D | Int./Div. | N | W | | | | | |
| 16.   - Vanguard Intermediate Tax Exempt Fund | A | Dividend | K | T | Sold (part) | 04/13/16 | J | A | |
| 17. | | | | | Sold (part) | 06/06/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 19.   Regions Bank Acct. | A | Interest | M | T | | | | | |
| 20.   Trust II; Inc. Bene.; Spouse=Trustee (H) | | | | | | | | | |
| 21.   - ▮▮▮▮ LLC | E | Int./Div. | P1 | W | | | | | |
| 22.   - ▮▮▮▮ LLC | A | Int./Div. | J | W | | | | | |
| 23.   - ▮▮▮▮ LLC | D | Int./Div. | L | W | | | | | |
| 24.   - Vanguard Intermediate Term Tax Exempt Fund | B | Dividend | K | T | Sold (part) | 04/13/16 | J | A | |
| 25. | | | | | Sold (part) | 06/06/16 | J | A | |
| 26. | | | | | Sold (part) | 09/14/16 | J | A | |
| 27.   - Vanguard Balanced Index Fund | B | Dividend | L | T | Sold (part) | 04/13/16 | J | A | |
| 28. | | | | | Sold (part) | 06/06/16 | J | A | |
| 29.   - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 30.   401(k) #1 (H) | | | | | | | | | |
| 31.   - Dodge & Cox Stock Fund | E | Dividend | M | T | Buy (add'l) | 12/31/16 | J | | |
| 32.   - Vanguard 500 Index Adm | D | Dividend | M | T | Buy (add'l) | 12/31/16 | J | | |
| 33.   - Vanguard Mid Cap U.S. Stock | B | Dividend | L | T | Buy (add'l) | 12/31/16 | J | | |
| 34.   - Hartford Midcap | B | Dividend | K | T | Buy (add'l) | 12/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Vanguard Small Cap Index Adm | D | Dividend | M | T | Buy (add'l) | 12/31/16 | J | | |
| 36. - Vanguard International Value Inv | A | Dividend | M | T | Buy (add'l) | 12/31/16 | J | | |
| 37. - Vanguard International Explorer Inv | A | Dividend | K | T | Buy (add'l) | 12/31/16 | J | | |
| 38. - PIMCO Total Return Instl | A | Dividend | L | T | Buy (add'l) | 12/31/16 | J | | |
| 39. - PIMCO High Yield Instl | B | Dividend | L | T | Buy (add'l) | 12/31/16 | J | | |
| 40. Lawfirm Cap. Contrib (see Part VIII) | | None | K | W | | | | | |
| 41. Trust III; Inc. Bene; Life Ins; Trustee = Spouse; (see Part VIII) | | None | K | W | | | | | |
| 42. Trust IV; Inc. Bene.; Life Ins.; Trustee = Spouse (see Part VIII) | | None | K | W | | | | | |
| 43. Merrill Lynch Bank of America, N.A. Fund | A | Interest | J | T | | | | | |
| 44. Merrill Lynch Bank of America, N.A. Fund | A | Interest | J | T | | | | | |
| 45. Perkins Fd - Small Cap & Value Fund (IRA) | A | Dividend | K | T | | | | | |
| 46. T. Rowe Price Mid-Cap Growth Fund (IRA) | A | Dividend | L | T | | | | | |
| 47. Metlife (New England Financial) Perm Life Ins. | A | Int./Div. | K | T | | | | | |
| 48. T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | Sold (part) | 05/12/16 | J | B | |
| 49. Capital World Growth | A | Dividend | K | T | | | | | |
| 50. Capital World Growth | A | Dividend | K | T | Buy (add'l) | 08/26/16 | J | | |
| 51. American Fundamental Investors Class F | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity Funds Cash Reserves | A | Dividend | | | Sold | 07/18/16 | J | A | |
| 53. Voya - Reliastar Life Policy; (see Part VIII) | A | Dividend | K | T | | | | | |
| 54.  ▨▨▨  LLC, Real estate investment; Birmingham, AL | D | Distribution | M | W | | | | | |
| 55. New World Fund | A | Dividend | K | T | | | | | |
| 56. American Tax Exempt Bond Fund CL-C | B | Dividend | L | T | Buy (add'l) | 10/20/16 | J | | |
| 57. Cap Inc Bldr FD CLC | B | Dividend | J | T | Buy (add'l) | 08/26/16 | J | | |
| 58. Fundamental Inv. Inc | C | Dividend | J | T | Buy (add'l) | 10/20/16 | J | | |
| 59. New World Fund | A | Dividend | | | Sold | 02/11/16 | J | | |
| 60. Income Fund America | A | Dividend | K | T | Buy (add'l) | 08/26/16 | J | | |
| 61. American Tax Exempt Bond Fund CL-C | A | Dividend | K | T | | | | | |
| 62. Cap Inc. Bldr CL C | A | Dividend | J | T | | | | | |
| 63. Cap World Growth & Inc. | A | Dividend | J | T | | | | | |
| 64. Bank of America, N.A. | A | Dividend | J | T | | | | | |
| 65. American Bond Fund | A | Dividend | K | T | | | | | |
| 66. American Century Equity Income | A | Dividend | J | T | | | | | |
| 67. American Bond Fund of America | A | Dividend | J | T | | | | | |
| 68. Neuberger Berman Equity | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. First Commercial Bank | A | Interest | J | T | | | | | |
| 70. American Washington Mutual Investors | A | Dividend | J | T | Buy (add'l) | 08/26/16 | J | | |
| 71. American Tax Exempt Bd Fd | A | Dividend | J | T | | | | | |
| 72. American High Income Trust Fd | A | Dividend | J | T | | | | | |
| 73. Janus High Yield Fund | A | Dividend | J | T | | | | | |
| 74. Janus High Yield Fund | C | Dividend | L | T | | | | | |
| 75. Fidelity Adv Strategic | B | Dividend | K | T | | | | | |
| 76. Bank of America, N.A. | A | Interest | J | T | | | | | |
| 77. Deutsche Global | A | Dividend | | | Sold | 09/13/16 | J | A | |
| 78. Deutsche Global | B | Dividend | | | Sold | 09/09/16 | L | D | |
| 79. Hartford Life Ins. Policy | B | Dividend | M | T | | | | | |
| 80. First Commercial Bank | A | Interest | J | T | | | | | |
| 81. Bank of America, N.A. | A | Interest | J | T | | | | | |
| 82. Smead Value Fund | A | Dividend | K | T | | | | | |
| 83. Deutsche Global Infrastructure | A | Dividend | | | Sold | 09/07/16 | J | | |
| 84. Smead Value Fund | A | Dividend | L | T | | | | | |
| 85. Trust V - Income Bene; (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - ▮▮▮▮ LLC | C | Int./Div. | L | W | | | | | |
| 87. Deutsche Global Infrastructure | A | Dividend | | | Sold | 09/07/16 | J | A | |
| 88. American CNT Int Term Tax Free Bond | A | Dividend | J | T | Buy (add'l) | 08/26/16 | J | | |
| 89. Amer. Cent. Mid Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 01/16/16 | J | | |
| 90. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 91. Amer. High Income Muni Bond Fund | A | Dividend | J | T | Buy (add'l) | 08/26/16 | J | | |
| 92. Royce Total Return Fund | A | Dividend | J | T | Buy (add'l) | 08/26/16 | J | | |
| 93. Smead Value Fund | A | Dividend | J | T | Buy (add'l) | 08/26/16 | J | | |
| 94. T. Rowe Price Summit Muni Inter Fd | A | Dividend | J | T | | | | | |
| 95. Congress Mid Cap Growth A | A | Dividend | K | T | | | | | |
| 96. American High Income Trust | B | Dividend | K | T | | | | | |
| 97. American Century Mid Cap Value | A | Dividend | J | T | | | | | |
| 98. American Cnt Interm. Tax Free Bond Fund | A | Dividend | J | T | | | | | |
| 99. American High Income Trust Fund | A | Dividend | J | T | | | | | |
| 100. ▮▮▮▮ LLC; Birmingham, Alabama | C | Dividend | L | W | | | | | |
| 101. Prudential Short Term Corp Bond Fd | A | Dividend | | | Buy | 05/12/16 | J | | |
| 102. | | | | | Sold (part) | 08/18/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold | 11/28/16 | J | A | |
| 104. Smead Value Fund | C | Dividend | K | T | Buy | 02/11/16 | K | | |
| 105. American Century Mid Cap Value Fund | A | Dividend | J | T | Buy | 08/26/16 | J | | |
| 106. American Century Intrmd Term Tax Free Fd | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 107. T. Rowe Price Overseas Stock Fund | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 108. T. Rowe Price Overseas Stock Fund | B | Dividend | L | T | Buy | 09/09/16 | L | | |
| 109. Fidelity Adv Strategic Income Fund | A | Dividend | J | T | Buy | 08/17/16 | J | | |
| 110. T. Rowe Price Overseas Stock Fund | A | Dividend | J | T | Buy | 09/13/16 | J | | |
| 111. T. Rowe Price Overseas Stock Fund | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 112. American Fundamental Investors | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 113. | | | | | Buy (add'l) | 08/26/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust I was reported in Part VIII in prior years, but according to the Committee's instructions, we are now reporting in Part VII.

Trust II was reported in Part VIII in prior years, but according to the Committee's instructions, we are now reporting in Part VII.

401(k) line 30 was reported in Part VIII in prior years, but according to the Committee's instructions, we are now reporting in Part VII.

Lawfirm Capital Contribution (Spouse) is in the law firm of ████████████ LLC in Birmingham, AL.

Trust III owns a life insurance policy issued by Phoenix Mutual Life Insurance Company amd stock isued by Phoenix Mutual.

Trust IV owns a life insurance policy issued by Northwestern Mutual Life Insurance Company.

Trust V was reported in Part VIII in prior years, but according to the Committee's instructions, we are now reporting in Part VII.

Partial Sales in some holdings did not change year-end category listings.

Deletion of some holdings in previous reported years caused the deletion of certain lines and effectuated a change in numbering for subsequent entries.

Line 101 -- LLC V. owns property in Blount County, AL.

**FINANCIAL DISCLOSURE REPORT**

Page 12 of 12

Name of Person Reporting

Bowdre, Karon O.

Date of Report

08/14/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karon O. Bowdre**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544